IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Daniel P. McKinney,** | : | |
| | : | Case No. 3:15-cv-2043 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| | : | Magistrate Judge Kemp |
| **v.** | : | |
| | : | |
| **Governor John R. Kasich,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter comes before the Court by way of the Magistrate Judge's Report and Recommendation, (Doc. 30), recommending that Plaintiff's motion for preliminary injunction (Doc. 10), be denied because his motion raised issues entirely unrelated to those raised in his complaint. The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on September 2, 2015, this Court **ADOPTS and AFFIRMS** the Magistrate Judge's Report and Recommendation. (Doc. 30). Accordingly, Plaintiff's motion for temporary injunction is **DENIED**. (Doc. 10).

      **IT IS SO ORDERED.**

                                                  /s/ Algenon L. Marbley
                                           **ALGENON L. MARBLEY**
                                           **UNITED STATES DISTRICT JUDGE**

**DATED: October 2, 2015**